IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN A. FONTANEZ,

    Petitioner,        No. CIV S-08-1826 GGH P

    vs.

BUREAU OF PRISONS, et al.,

    Respondents.       <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition pursuant to 28 U.S.C. § 2241. The gravamen of this action is petitioner's request that the court order the Bureau of Prisons to transfer him to a residential reentry center (RRC). In the answer, respondent states that petitioner was scheduled for transfer to an RRC on January 22, 2009.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot.

DATED: January 28, 2009

                        /s/ Gregory G. Hollows
                        _____
fon1826.ord                UNITED STATES MAGISTRATE JUDGE

1